

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 23, 2013**

_____
**United States Bankruptcy Judge**

_____

MTDZ 0013.000750I

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

IN RE:
STEPHANIE MARIE GUTIERREZ

CASE NO: 12-70126-HDH-13
DATED: September 20, 2013
HEARING DATE: August 21, 2013

_____

**ORDER DISMISSING CASE PURSUANT TO INTERLOCUTORY ORDER**
_____

Pursuant to the Interlocutory Order entered on AUGUST 26, 2013 providing that, if the above Debtor(s) does/do not BEGIN ADDITIONAL PAYMENTS OF $190.00 AND RESUME REGULAR PAYMENTS SEPTEMBER 2, 2013, the case would be Dismissed without further notice to the Debtor(s). Debtor(s) has/have failed to COMPLY WITH THE INTERLOCUTORY ORDER.

It is therefore ORDERED that the above styled and numbered case is hereby DISMISSED.

It is further ORDERED that above styled and numbered case will be CLOSED twenty-one (21) days after the entry of this Order of Dismissal provided that it is a single debtor case or a joint debtor case and both debtors are being dismissed.

# # # End of Order # # #

/s/ Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424