
Monte J. White and Associates, P.C.
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: <br> Stephanie Marie Gutierrez <br><br> DEBTOR | § <br> §   CASE NO. 12-70126-HDH-13 <br> § <br> § |

## MOTION TO VACATE DISMISSAL ORDER AND REINSTATE CHAPTER 13 CASE

The Petitioner herein would respectfully show unto the Court:

NOW COMES Stephanie Marie Gutierrez, DEBTOR, and requests an Order Vacating the Dismissal Order and Reinstating the above referenced Chapter 13 case effective on the dismissal date, and would show the Court the following:

1. Debtor filed her voluntary Chapter 13 bankruptcy petition on April 2, 2012.
2. The Trustee filed a Motion to Dismiss for the Debtor's default in payments. The hearing on this Motion was set for Wednesday, August 21, 2013.
3. The Debtor entered into an Interlocutory Order with the Trustee's office to cure the plan arrearages.
4. An Order Dismissing the Case was entered with this Court on September 23, 2013, for failure to make required plan payments.
5. Debtor changed jobs and had a lapse in income.
6. Debtor is prepared to make all payments required to be current under the most recent proposed preliminary Chapter 13 plan upon entry of an Order Vacating the Dismissal Order and Reinstating Chapter 13 Case. Debtor has made a deposit of $1,423.00 into Monte J. White and Associates, P.C.'s IOLTA Account to be disbursed to the Trustee should the Court vacate the dismissal order.

WHEREFORE, PREMISES CONSIDERED Debtor, Stephanie Marie Gutierrez, pray that this Court vacates the dismissal order and reinstates this case effective September 23, 2013.

Respectfully submitted,

/s/Monte J. White, Attorney for Debtor

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on October 2, 2013, I contacted the office of the Chapter 13 Trustee and was advised that the Trustee

- ☑ does not oppose the motion

- ☐ opposes the continuation and requests hearing on the matter.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on October 2, 2013, a true and correct copy of the foregoing was served on all parties in interest listed on the attached matrix.

      /s/Monte J. White  
      Attorney for Debtor

```
Label Matrix for local noticing          United States Trustee                    1100 Commerce Street
0539-7                                   1100 Commerce Street                     Room 1254
Case 12-70126-hdh13                      Room 976                                 Dallas, TX 75242-1305
Northern District of Texas               Dallas, TX 75242-0996
Wichita Falls
Wed Oct  2 14:24:21 CDT 2013

ACE Cash Express                         ALASIA, LLC                              AT & T
3605 Kemp Blvd                           C O WEINSTEIN AND RILEY, PS              P.O. Box 650661
Wichita Falls, TX 76308-2113             2001 WESTERN AVENUE, STE 400             Dallas, Texas 75265-0661
                                         SEATTLE, WA 98121-3132


Asset Acceptance LLC                     CITY VIEW ISD                            Cash A Check
Attn: Bankruptcy                         C/O PERDUE BRANDON FIELDER COLLINS & MOT 3002 Kemp Blvd
PO Box 2036                              PO BOX 8188                              Wichita Falls, TX 76308-1019
Warren, MI 48090-2036                    WICHITA FALLS TX 76307-8188


Chase Manhattan Mortgage                 Check N Go of Texas                      Credit Management LP
Attn; Bankruptcy Dept                    4214 Kemp                                4200 International Pkwy
PO Box 24696                             Wichita Falls, TX 76308-2805             Carrollton, TX 75007-1912
Columbus, OH 43224-0696


Eos Cca                                  Executive Services                       First Convenience Bank
700 Longwater Dr                         PO Box 2248                              PO Box 909
Norwell, MA 02061-1624                   Wichita Falls, TX 76307-2248             Killeen, TX 76540-0909


First Convenience Bank                   Hughes, Watters & Askanase, L.L.P.       (p)INTERNAL REVENUE SERVICE
Po Box 937                               Attorneys At Law                         CENTRALIZED INSOLVENCY OPERATIONS
Killeeen, TX 76540-0937                  333 Clay, Suite 2900                     PO BOX 7346
                                         Houston, Texas 77002-4168                PHILADELPHIA PA 19101-7346


Javaris Miller                           Pathology Associates                     Radiology Associates
2727 Roanoke Dr                          1209 Brook Ave                           808 Brook Avenue
Wichita Falls, TX 76306-5013             Wichita Falls, TX 76301-5601             Wichita Falls, Texas 76301-4289


Regional Acceptance Co                   Regional Acceptance Corporation          Southwestern Bell Telephone Company
Attn: Bankruptcy                         PO Box 1847                              % AT&T Services Inc.
266 Beacon Ave.                          Wilson, NC 27894-1847                    James Grudus, Esq.
Winterville, NC 28590-7924                                                        One AT&T Way, Room 3A218
                                                                                  Bedminster, NJ 07921-2693


Sun Loan                                 Texas Car Title & Payday Loans           Texas Car Title and Payday Loan Services, In
3146 5th St, Ste H                       2708 SW Parkway, 168B                    c/o The Salkin Law Firm, P.A.
Wichita Falls, TX 76301-1827             Wichita Falls, TX 76308-3733             1776 N. Pine Island Road, Suite 218
                                                                                  Plantation, FL 33322-5223


Texas Workforce Commission               Txu Electric-TXU Energy                  United Regional Health Care Systems
101 E 15Th St Whitney Jordan             Attention: Bankruptcy                    1600 11th Street
Austin,TX 78778-0001                     PO Box 650393                            Wichita Falls, Texas 76301-4388
                                         Dallas, TX 75265-0393
```

| | | |
|---|---|---|
| United Revenue Corp<br>Attention: Office Manager<br>204 Billings St. Suite 120<br>Arlington, TX 76010-2495 | WICHITA FALLS CITY & WICHITA CO<br>C/O PERDUE BRANDON FIELDER COLLINS & MOT<br>PO BOX 8188<br>WICHITA FALLS TX 76307-8188 | Western Shamrock Corporation<br>Attention: Bankruptcy<br>801 S Abe St.<br>San Angelo, TX 76903-6735 |
| Wichita Co, Cityview ISD, City of WF<br>PO Box 8188<br>Wichita Falls, TX 76307-8188 | Monte J. White<br>Monte J. White & Associates, P.C.<br>1106 Brook Avenue<br>Hamilton Place<br>Wichita Falls, TX 76301-5009 | Stephanie Marie Gutierrez<br>1439 Kinsale CT<br>Wichita Falls, TX 76306-4821 |
| Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS Special Procedures
1100 Commerce St., Room 951
Mail Stop 5029 DAL
Dallas, TX 75246

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)JP Morgan Chase Bank, N.A. | (du)JP Morgan Chase Bank, N.A. | End of Label Matrix<br>Mailable recipients   36<br>Bypassed recipients    2<br>Total                  38 |